UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



LORENZO MIRO SAN DIEGO,

      Plaintiff,

   -against-

BLOCKRATIZE, INC. d/b/a POLYMARKET,
ADVENTURE ONE QSS, INC. d/b/a
POLYMARKET.COM, and QCX LLC d/b/a
POLYMARKET US,

      Defendants.

26-CV-00973 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

 The limited subject matter jurisdiction of a district court is best addressed at the outset of a case. It falls upon the Court to raise issues of subject matter jurisdiction *sua sponte*.

 "It is firmly established that diversity of citizenship should be distinctly and positively averred in the pleadings, or should appear with equal distinctness in other parts of the record." *Leveraged Leasing Admin. Corp. v. PacifiCorp Cap., Inc.*, 87 F.3d 44, 47 (2d Cir. 1996) (internal quotation marks omitted). Where a complaint premised on diversity of citizenship names a limited liability company as a party, the complaint must allege the citizenship of natural persons who are members of the limited liability company as well as the place of incorporation and principal place of business of any corporate entities that are members of the limited liability company. *See Platinum-Montaur Life Sciences, LLC v. Navidea Biopharmaceuticals, Inc.*, 943 F.3d 613, 615 (2d Cir. 2019); *Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000).

 As its name suggests, Defendant QCX LLC is an LLC. Dkt. No. 1 ¶ 17. However, Plaintiff only states QCX LLC's place of incorporation and principal place of business; Plaintiff does not allege the membership nor the citizenship of any of QCX LLC's member(s). *See id.*

 Within 45 days of this Order, Plaintiff may file an Amended Complaint that expressly alleges the citizenship of all natural persons who are members of QCX LLC, and, if any corporation is a member of Defendant QCX LLC, the jurisdiction under whose laws the corporation is incorporated and the principal place of business. If, by this date, Plaintiff fails to amend the Complaint to truthfully allege complete diversity of citizenship, then the action may be dismissed for lack of subject matter jurisdiction without further notice to any party.

 Additionally, if none of QCX LLC's members are domiciled in the State of New York, the amended complaint must explain why "a substantial part of the events or omission giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated"

in the State of New York, where no named Plaintiff resides.  *See* 28 U.S.C. § 1391(b).

Dated:  February 6, 2026
        New York, New York

                                              SO ORDERED.

                                              MARGARET M. GARNETT
                                              United States District Judge