## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:26-CV-00973-MMG

Date Filed: 4/2/2026

Plaintiff:
**LORENZO MIRO SAN DIEGO, INDIVIDUALLY, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED**

vs.

Defendant:
**BLOCKRATIZE, INC. D/B/A POLYMARKET, ET AL**

Received by GLOBAL PROCESS SERVICES CORP to be served on **ADVENTURE ONE QSS, INC. D/B/A POLYMARKET.COM C/O CT CORP., 28 LIBERTY STREET, 42ND FLOOR, NEW YORK, NY 10005.**

I, Sophocles Tsouros, do hereby affirm that on the **17th day of April, 2026** at **2:28 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION & COMPLAINT JURY TRIAL DEMANDED** with the date and hour of service endorsed thereon by me, to: **VINCENZA CIPRIANO** as **AUTHORIZED AGENT** for **ADVENTURE ONE QSS, INC. D/B/A POLYMARKET.COM C/O CT CORP.**, at the address of: **28 LIBERTY STREET, 42ND FLOOR, NEW YORK, NY 10005**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 140, Hair: Black, Glasses: Y

Pursuant to NY CPLR § 2106. I affirm this 17TH day of APRIL 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law. I certify that I am over the age of 18, have no interest in the above action, and am a Licensed Process Server, in good standing, in the judicial circuit in which the process was served.

**Sophocles Tsouros**
2050879-DCA

**GLOBAL PROCESS SERVICES CORP**
**P.O. BOX 961556**
**MIAMI, FL 33296**

Our Job Serial Number: MRO-2026000815
Ref: #26-2496

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Lorenzo Miro San Diego, individually, on behalf of himself and all others similarly situated, <br><br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Blockratize, Inc. d/b/a Polymarket, Adventure One QSS, Inc. d/b/a Polymarket.com, and QCX LLC d/b/a Polymarket US <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No.  **26cv0973** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adventure One QSS, Inc. d/b/a Polymarket.com
1280 Lexington Avenue, Suite 1448
New York City, New York 10028.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leanna Loginov
Shamis & Gentile, P.A
14 NE 1st Ave., Suite 705
Miami, FL 33025
lloginov@shamisgentile.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  February 5, 2026                    /S/  S.  James
                                         *Signature of Clerk or Deputy Clerk*

