UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____5/21/2026

LORENZO MIRO SAN DIEGO,

        Plaintiff,

   -v-

BLOCKRATIZE, INC. d/b/a POLYMARKET, et al.,

       Defendants.

------------------------------------------------------------------- :

26-CV-00973 (MMG)

ALEXANDER YOON,

        Plaintiff,

   -v-

BLOCKRATIZE, INC. d/b/a POLYMARKET,

       Defendants.

------------------------------------------------------------------- X

26-CV-01160 (MMG)

ORDER

MARGARET M. GARNETT, United States District Judge:

On February 4, 2026, Plaintiff Lorenzo Miro San Diego filed a Complaint in 26-CV-00973 (MMG).  *See* 26-CV-00973, Dkt. No. 1.  On February 11, 2026, Plaintiff Alexander Yoon filed a similar Complaint in 26-CV-01160 (MMG).  *See* 26-CV-01160, Dkt. No. 1.  As of this Order, no motion for consolidation has been filed, but 26-CV-01160 has been accepted by the Court as related to 26-CV-00973, and the cases involve common questions of law and fact.

The Court is inclined to consolidate the cases pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes.  Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **June 3, 2026**.  If no party files a letter opposing consolidation, the Court will consolidate the two cases without further notice to the parties.

SO ORDERED.

Dated: May 21, 2026
     New York, New York

_____
MARGARET M. GARNETT
United States District Judge