**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LORENZO MIRO SAN DIEGO, individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BLOCKRATIZE, INC. d/b/a POLYMARKET, ADVENTURE ONE QSS, INC. d/b/a POLYMARKET, QCX LLC d/b/a POLYMARKET US, QC CLEARING LLC d/b/a POLYMARKET CLEARING, QC TECH LLC d/b/a PM US TECH, and DOES 1-20,<br><br>Defendants.<br><br>This action relates to: | Case No. 26-cv-00973-MMG<br><br>**[PROPOSED] STIPULATION TO CONSOLIDATE ACTIONS AND SET SCHEDULING DEADLINES** |
| ALEXANDER YOON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>BLOCKRATIZE, INC. d/b/a POLYMARKET, ADVENTURE ONE QSS, INC. d/b/a POLYMARKET, QCX LLC d/b/a POLYMARKET US, QC CLEARING LLC d/b/a POLYMARKET CLEARING, QC TECH LLC d/b/a PM US TECH, and DOES 1-20,<br><br>Defendants. | Case No. 1:26-cv-01160-MMG |

## [PROPOSED] STIPULATION TO CONSOLIDATE ACTIONS
## AND SET SCHEDULING DEADLINES

Plaintiffs in the above-captioned related actions (the "Related Actions") and their counsel have conferred with Defendants Blockratize, Inc. d/b/a Polymarket, Adventure One QSS, Inc. d/b/a Polymarket, QCX LLC d/b/a Polymarket US, QC Clearing LLC d/b/a Polymarket Clearing, and QC Tech LLC d/b/a PM US Tech (together, the "Defendants") (collectively with Plaintiffs, the "Parties") and their counsel and state as follows:

## I.    Consolidation

On February 4, 2026, Plaintiff Lorenzo Miro San Diego filed a putative class action complaint against Defendants alleging that Defendants operate an unlawful sports gambling platform. *See San Diego v. Blockratize, Inc. d/b/a Polymarket*, No. 26-cv-973-MMG (the "*San Diego* Action"). On February 11, 2026, an additional action was filed alleging similar misconduct. *See Yoon v. Blockratize, Inc. d/b/a Polymarket*, No. 26-cv-1160-ER (the *"Yoon* Action"). The Related Actions were deemed related on May 15, 2026, and Yoon was reassigned to the Hon. Margaret M. Garnett.

Because the Related Actions assert overlapping causes of actions, are premised on essentially the same factual background and legal theories, name the same Defendants, and assert claims on behalf of similar classes, these Related Actions should be consolidated pursuant to Federal Rule of Civil Procedure 42. For these reasons, the Parties jointly stipulate to consolidation. The Parties further agree and propose that the Clerk administratively close the *Yoon* Action.

## II.     Appointment of Plaintiffs' Leadership Structure

Federal Rule of Civil Procedure 23(g)(3) authorizes the Court to "designate interim class counsel to act on behalf of a putative class before determining whether to certify the action as a class action."  All Plaintiffs in the Related Actions respectfully request that the Court appoint Wesley M. Griffith of Almeida Law Group and Gabriel Mandler of Edelsberg Law as Interim Co-Lead Class Counsel.[1] Defendants take no position on Plaintiffs' request for appointment of Interim Co-Lead Class Counsel.

## III.    Motion to Compel Arbitration

Defendants believe that the claims asserted in the Related Actions are subject to mandatory arbitration clauses and have informed Plaintiffs that Defendants intend to file a motion to compel arbitration of the claims asserted in the anticipated forthcoming Consolidated Complaint.  Plaintiffs will oppose that motion.

## IV.    Proposed Schedule

If the Court grants consolidation and Plaintiffs' request for appointment of Interim Co-Lead Class Counsel, the Parties propose the following schedule:

1.     On or before June 25, 2026, Plaintiffs shall file their Consolidated Complaint;

2.     On or before July 29, 2026, Defendants shall file a motion to compel arbitration.

3.     On or before August 28, 2026, Plaintiffs shall file their opposition to Defendants' motion to compel arbitration.

4.     On or before September 18, 2026, Defendants shall file their reply in support of their motion to compel arbitration.

---

[1] The biographies and firm resumes of the leadership applicants are attached as Exhibit A.

5.     Defendants' time to answer or otherwise respond to the Consolidated Complaint

(if necessary) is extended until thirty (30) days after the Defendants' motion to compel is decided

or otherwise resolved.

**STIPULATED AND AGREED:**

Dated: _____, 2026

                                         _____
                                         Hon. Margaret M. Garnett
                                         United States District Judge

Dated:  June 9, 2026                   Respectfully submitted,

                                  By:   */s/ Leanna A. Loginov*
                                           Leanna A. Loginov
                                           Edwin Elliott
                                           **SHAMIS & GENTILE, P.A.**
                                           14 NE 1st Ave., Suite 705
                                           Miami, FL 33132
                                           Telephone: 305-479-2299
                                           lloginov@shamisgentile.com
                                           edwine@shamisgentile.com

                                           *Attorneys for Plaintiffs in the San Diego Action*

-3-

Dated:  June 9, 2026    By: */s/ James J. Bilsborrow*

James J. Bilsborrow
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, New York 10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorneys for Plaintiff in the Yoon Action*

Dated:  June 9, 2026    By: **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Alex Spiro*

Alex Spiro
Renita Sharma
Michael R. Bloom
295 Fifth Avenue
New York, New York 10016
alexspiro@quinnemanuel.com
renitasharma@quinnemanuel.com
michaelbloom@quinnemanuel.com
Phone: (212) 849-7000

*Attorneys for Defendants Blockratize, Inc., Adventure One QSS, Inc., QCX LLC, QC Clearing LLC, and QC Tech LLC*