# EXHIBIT A



The Almeida Law Group LLC is a class action litigation boutique committed to advocating for individuals, families and small businesses who have suffered because of corporate malfeasance. We are accomplished, experienced and credentialed class action practitioners. We represent our clients in consumer protection, false labeling and unfair and deceptive practices cases as well as data privacy, technology and security matters. Specific examples of data privacy related work include data breaches, pixel tracking and claims under various consumer protection and privacy-related statutes such as the Electronic Communications Privacy Act ("ECPA"), the California Medical Information Act ("CMIA"), the Illinois Biometric Information and Privacy Act ("BIPA"), the Video Privacy Protection Act ("VPPA") and the Telephone Consumer Protection Act ("TCPA").

Our attorneys graduated from some of the most esteemed law schools in the country including Columbia, Cornell, Georgetown, Harvard and the University of Chicago. Excelling at each of these prestigious schools, our attorneys received top honors, contributed to law journals and completed numerous externships. Our attorneys have also completed highly selective public interest fellowships, federal clerkships in the Northern District of Illinois, Eastern District of Pennsylvania and the District of South Carolina as well as internships at the United States Attorney's Offices in Atlanta and Baltimore.

With those very strong foundations in place, our attorneys gained invaluable experience and honed their litigation skills by working at some of the best law firms in the world including:

- Benesch, Friedlander, Coplan & Aronoff LLP
- Covington & Burling LLP
- Faegre Drinker Biddle & Reath LLP
- Jenner & Block LLP
- K&L Gates LLP

1

- Kilpatrick Townsend & Stockton LLP
- Kirkland and Ellis LLP
- Milbank LLP
- Quinn Emanuel Urquhart & Sullivan LLP
- Ropes & Gray LLP
- Sheppard Mullin Richter & Hampton LLP
- Steptoe & Johnson LLP
- Stroock & Stroock & Lavan LLP
- Venable LLP

These decades of experience on the defense side set us apart from many plaintiffs' firms; we are acutely aware of how companies will respond in our cases because we represented the exact same types of companies for years. Coupled with our education and training, this insider knowledge equips us to strategically utilize our experience for our clients' benefit.

Our practice is truly national as we represent clients in class action litigation in federal and state courts throughout the country. Our attorneys are licensed to practice in California, Florida, Georgia, Illinois, New York, Maryland, Massachusetts, North Carolina, South Carolina, Washington, D.C., and Wisconsin. In short, our Firm is composed of a dedicated team of legal professionals with the knowledge, experience and unwavering commitment to obtain the best possible legal results for our clients.

## PIXEL TRACKING CASES IN WHICH OUR FIRM SERVED AS LEAD OR CO-COUNSEL

- *John v. Froedtert Health, Inc.*, 23-CV-1935 (Wis. Cir. Ct.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *In re Advocate Aurora Health Pixel Litigation*, 2:22-cv-01253 (E.D. Wis.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Guenther v. Rogers Behavioral Health System, Inc.*, 2023CV001572 (Wis. Cir. Ct.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Doe v. Workit Health Inc.*, 2:23-cv-11691 (E.D. Mich.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Reedy v. Everlywell, Inc.*, 1:24-cv-02713 (N.D. Ill.) (co-counsel in pixel tracking class action, settled on a class-wide basis)
- *Vriezen v. Group Health Plan, Inc.*, 23-cv-00267 (D. Minn.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *B.W. v. San Diego Fertility Center Medical Group, Inc.*, 37-2024- 00006118-CU-BC-CTL (Cal. Super. Ct., Solano Cnty.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *Kane v. University of Rochester Medical Center*, 6:23-cv-06027 (W.D.N.Y.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *Smith v. Loyola University Medical Center*, 1:23-cv-15828 (N.D. Ill.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *Marden v. LifeMD Inc.*, A-24-906800-C (Nev. Dist. Ct., Clark Cnty.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *Isaac v. Northbay Healthcare Corp.*, FCS059353 (L.A. Sup. Ct.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *Cooper v. Mount Sinai Health System Inc.*, 1:23-cv-09485 (S.D.N.Y.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *Mrozinski v. Aspirus, Inc.*, 2023CV000170 (Wisc. Cir. Ct., Marathon Cnty.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *Kaplan v. Northwell Health*, 2:23-cv-07205 (E.D.N.Y.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *Singh v. The Moses H. Cone Memorial Hospital Operating Corporation*, 1:24-cv-00558 (M.D.N.C.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *Strong v. LifeStance Health Group Inc.*, 2:23-cv-00682 (D. Ariz.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *Mayer v. Midwest Physicians Administrative Services LLC*, 1:23-cv-03132 (N.D. Ill.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *McCulley v. Banner Health*, 2:23-cv-00985 (D. Ariz.) (co-counsel in pixel tracking class action, settled on a class-wide basis)

- *Doe v. ProHealth Care*, 2:23-cv-00296 (E.D. Wis.)

- *Heard v. Torrance Memorial Medical Center*, 22STCV36178 (L.A. Sup. Ct.)

- *Doe v. Adventist Health Care Network, Inc.*, 22ST-cv-36304 (L.A. Sup. Ct.)

- *R.C. v. Walgreens Co.*, 5:23-cv-01933 (C.D. Cal.)

- *Doe v. Wellstar Health System, Inc.*, 1:24-cv-01748 (N.D. Ga.)

- *Pattison v. Teladoc Health, Inc.*, 7:23-cv-11305-NSR (S.D.N.Y.)

- *R.C. v. Walmart Inc.*, 5:24-cv-02003 (C.D. Cal.)

- *Vriezen v. Infinite Health Collaborative*, 0:24-cv-03743 (D. Minn.)

3

- *J. R. v. Atrium Health, Inc.*, 25-CV-057073-590 (Sup. Ct. of North Carolina, Mecklenburg Co.)
- *In re CityMD Data Privacy Litigation*, 2:24-cv-06972 (D.N.J.)
- *Hastings v. Inkitt, Inc.*, 3:25-cv-06442 (N.D. Cal.)
- *Ramirez v. Everyday Health Inc.*, 2:25-cv-10137 (C.D. Cal.)
- *Ward et al. v. Sagent Treatment, LLC.*, 0:25-cv-04167 (Dist. of MN)
- *Brenneise v. Aios Inc. et al.*, 3:25-cv-09779 (N.D. Cal.)
- *Hickey v. FuturHealth, Inc.,* 3:25-cv-03051 (S.D. Cal.)
- *Abdullah v. Insight Therapy Solutions, LLC.,* 2:26-cv-00487 (D.N.V.)
- *Franck v. Marshfield Clinic, Inc.*, 3:26-cv-00125 (W.D.W.I.)
- *Fenton et al v. The Bird and Be Co., Inc.*, 2:26-cv-01775 (C.D. Cal.)
- *Zeller v. Inspire Medical Systems, Inc.*, 0:26-cv-00895 (D. Minn.)
- *Lents v. Innovative Platinum Care, S.C.,* 1:26-cv-01764 (N.D. Ill.)
- *Jacobson v. Willow Health Services, Inc.*, 2:26-cv-01552 (C.D. Cal.)
- *Avots-Smith v. Thrive Health Group, Inc.*, 8:26-cv-00041 (C.D. Cal.)
- *Ward v. Mochi Health Corp.*, 3:26-cv-01393 (N.D. Cal.)
- *E.P. et al v. Medvi, LLC*, 2:26-cv-03796 (C.D. Cal.)
- *Doe et al v. Experity, Inc. d/b/a Clockwise MD et al*, 3:26-cv-02667 (N.D. Cal.)
- *Cameron Decker v. Monkey Taps, LLC*, 2:26-cv-04058 (C.D. Cal.)
- *Nigro et al v. Sleepcare LLC*, 2:26-cv-01309 (E.D. Cal.)

### DATA PRIVACY CASES IN WHICH OUR FIRM SERVED AS LEAD OR CO-COUNSEL

- *Christy v. Lenovo*, 3:26-cv-01133 (N.D. Cal.) (counsel in bulk data transfer rule case)
- *Reyes et al v. AliExpress International (United States) Corporation,* 5:26-cv-00905 (C.D. Cal.) (counsel in bulk data transfer rule case)
- *Malko v. GNC Holdings, LLC.*, 2:26-cv-01833 (C.D. Cal.) (counsel in bulk data transfer rule case)
- *Gianne v. TP-Link Systems, Inc.*, 2:26-cv-01818 (C.D. Cal.) (co-counsel in bulk data transfer rule case)
- *Reisberg v. Renaissance Learning, Inc.*, 8:25-cv-01379 (C.D. Cal.) (co-counsel in education technology consumer protection case)
- *Hsu et al v. Fantasia Trading LLC*, 3:26-cv-01874 (N.D. Cal.)

## DATA BREACH CASES IN WHICH OUR FIRM IS INVOLVED

- *In re Practice Resources, LLC Data Security Breach Litigation*, 6:22-cv-00890 (N.D.N.Y.) (co-lead counsel in consolidated data privacy class action, settled on a class-wide basis)

- *Spann v. Superior Air-Ground Ambulance Service, Inc.*, 1:24-cv-04704 (N.D. Ill.) (co-lead counsel in operative data breach class action, settled on a class-wide basis)

- *Tambroni v. WellNow Urgent Care, P.C.*, 2025LA000013 (Ill. Cir. Ct., Sangamon Cnty.) (co-lead counsel in data breach class action, settled on a class-wide basis)

- *Gorder v. FCDG Management LLC d/b/a First Choice Dental*, 2024-CV-002164 (Wis. Cir. Ct., Dane Cnty.) (co-lead counsel in data breach class action, settled on a class-wide basis)

- *In re City of Hope Data Security Breach Litigation,* 24STCV09935 (L.A. Sup. Ct.) (counsel in consolidated data breach class action, settled on a class-wide basis)

- *Douglas v. Purfoods, LLC*, 4:23-cv-00332 (S.D. Iowa) (counsel in consolidated data breach class action, settled on a class-wide basis)

- *Catanach v. Bold Quail Holdings, LLC*, 24STCV32029 (L.A. Sup. Ct.)

- *Hulse v. Acadian Ambulance Services, Inc.*, 6:24-cv-01011 (W.D. La.) (appointed to executive committee in consolidated data breach class action)

- *Bardwell v. Mt. Baker Imaging, LLC*, No. 25-2-00463037 (Whatcom Cnty. Sup. Ct., Wash. Mar. 6, 2025) (co-lead counsel in a data breach class action)

- *Dixon v. Medical Express Ambulance Service, Inc.*, No. 2025CH04441 (Cook Cnty. Cir. Ct., Ill. Apr. 21, 2025) (co-lead counsel in a data breach class action)

- *Nadeau v. Onsite Mammography, LLC*, No. 3:25-cv-11123 (W.D. Mass. Apr. 25, 2025) (interim co-lead counsel in a data breach class action)

- *John v. Laboratory Serv. Coop.*, 2:25-cv-00731 (W.D. Wash. Apr. 22, 2025)

- *Neu v. Coinbase Global, Inc.*, 3:25-cv-04243 (N.D. Cal. Apr. 16, 2025)

- *Blount v. Oracle Health, Inc.*, 4:25-cv-00259 (W.D. Mo. Apr. 11, 2025) (appointed to executive committee in consolidated data breach class action)

- *Ansley v. Concord Orthopaedics Prof. Ass'n*, 217-2025-CV-00305 (Merrimack Cnty. Sup. Ct., N.H. Apr. 4, 2025)

- *Fitzsimons v. Long Island Plastic Surgical Group, PC*, 2:25-cv-00309 (E.D.N.Y.)

- *Montenegro v. American Neighborhood Mortgage Acceptance Company d/b/a AnnieMac Home Mortgage*, 1:24-cv-10679 (D.N.J.)

- *McHugh v. Enzo Biochem, Inc.*, 2:23-cv-04326 (E.D.N.Y.)

5

- *Meyers v. Onix Groups LLC*, 2:23-cv-0228 (E.D. Pa.)
- *Kolstedt v. TMX Finance Corporate Services, Inc.*, 4:23-cv-00076 (S.D. Ga.)
- *Rasmussen v. Uintah Basin Healthcare*, 2:23-cv-00322 (D. Utah)
- *Williams v. Southwell Inc. & Tift Regional Health Systems Inc.*, 2023CV0328 (Ga. Super. Ct., Tift Cnty.)
- *Stewart v. Highlands Oncology Group, P.A.*, 72CV-25-3492 (Washington Cnty. Ak. Cir. Ct.)
- *Gannon v. FinWise Bank*, 2:25-cv-00654 (D. Utah)
- *Vargas v. Tea Dating Advice, Inc.*, 3:25-cv-06691 (N.D. Cal.)
- *Connly v. NASCAR Enterprises*, 6:25-cv-01547 (M.D. Fla.) (counsel in a data breach class action)
- *Hall v. Bitcoin Depot, Inc.*, 1:25-cv-04317 (N.D. Ga.) (counsel in a data breach class action)
- *Shutley v. Harbin Clinic, LLC*, 4:25-cv-00175 (N.D. Ga.)
- *Beck v. Mainline Health Systems Inc.*, 4:25-cv-00659 (E.D. Ark.)
- *Liebhold v. Ambra Health and Intelerad, Inc.*, 5:25-cv-00432 (E.D.N.C.)
- *Barnes v. Ocuco Inc.*, 8:25-cv-01579 (M.D. Fla.)
- *Polak v. Finastra Technology, Inc.*, 6:25-cv-01284 (M.D. Fla.)
- *Shah v. Discord, Inc.,* 3:25-cv-08913 (N.D. Cal.)
- *Fernandes v. Appfolio, Inc.*, 2:25-cv-10217 (C.D. Cal.)
- *Middleton v. Manpower of Lansing, Michigan, Inc.,* 1:25-cv-00972 (W.D. M.I.)
- *Fink v. Union Home Mortgage Corporation,* 1:25-cv-02082 (N.D.O.H.)
- *Johnson v. Insight Chicago, Inc.,* 2025CV12547 (Cook Cnty. Cir. Ct., Ill.)
- *Knutson v. Rainier CRC, LLC,* 26-2-07117-9 SEA (Kings County Sup. Ct. of WA)
- *Alvarez v. Openloop Health, Inc.,* 4:26-cv-00083 (S.D.I.O.)
- *Gutierrez-Clarke v. Call-on-Doc Inc.,* 3:26-cv-00235 (N.D.T.X.)
- *Rogers v. Associated Radiologists of the Finger Lakes,* 2026-5111 (Chemung Co. Sup. Ct., New York)
- *O'Leary v. Posillico, Inc.,* 2:26-cv-00242 (E.D.N.Y.)
- *Blankenship v. Abri Credit Union,* 2026LA000035 (Will Co. Cir. Ct. of IL)
- *Kelso v. Nephrology Associates Medical Group, Inc.,* CVRI260168 (Superior Court of California, County of Riverside)
- *Hudson v. Southwire Company, LLC,* SUCV2026000347 (Superior Court of Georgia, Carroll County)

6

- *Place v. Finance of America Companies, Inc.*, 4:26-cv-00305 (E.D. Tex.)
- *Renaud v. Gastroenterology and Hepatology of Central New York, P.C.,* 004175/2026 (Supreme Court of New York, Onondaga County)
- *Tagle v. Frost Bank,* 2026CI09121 (District Court of Bexar County, Texas)
- *Murchison v. Rheem Manufacturing Company,* 2:26-cv-02061 (W.D. Ark.)
- *Wedge v. Conifer Revenue Cycle Solutions LLC*, 3:26-cv-01332 (N.D. Tex.)

## VIDEO PRIVACY PROTECTION ACT CASES IN WHICH OUR FIRM SERVED AS LEAD OR CO-COUNSEL

- *Edwards v. Mubi Inc.*, 5:24-cv-00638 (N.D. Cal.)
- *John v. Delta Defense LLC & U.S. Concealed Carry Association Inc.*, 2:23-cv-01253 (E.D. Wisc.)
- *Macalpine v. Onnit, Inc.*, 1:24-cv-00933 (W.D. Tex.)
- *Marteney v. ANM Media, LLP, Inc. d/b/a MY-CPE*, 4:24-cv-04511 (S.D. Tex.)
- *Jones v. Becker Professional Development Corporation*, 6:24-cv-06643 (W.D.N.Y.)

## CONSUMER PROTECTION CASES IN WHICH OUR FIRM SERVED AS LEAD OR CO-COUNSEL

- *Levy v. Hu Products LLC*, 23-cv-01381 (S.D.N.Y.) (co-counsel in false labeling class action alleging defendant did not disclose the presence of lead in chocolate)
- *In re Trader Joe's Company*, 3:23-cv-00061 (S.D. Cal.) (co-counsel in false labeling class action alleging defendant did not disclose the presence of lead in chocolate)
- *Haymount Urgent Care PC v. Gofund Advance LLC*, 1:22-cv-01245 (S.D.N.Y.) (co-counsel in lawsuit alleging merchant cash advances were usurious loans)
- *Cliburn v. One Source Market, LLC, d/b/a HexClad Cookware*, 23-ST-cv-28930 (Cal. Sup. Ct.) (counsel in false labeling class action, settled on a class-wide basis, final approval pending)
- *Fleetwood Services LLC v. Complete Business Solutions Group Inc.*, 2:18-cv-00268 (E.D. Pa.) (co-counsel in class action alleging merchant cash advances were usurious loans)
- *Kyungo v. Saks & Company, LLC*, 3:24-cv-06934 (N.D. Cal.) (counsel in false advertising class action)
- *Oganesyan v. Rakuten USA*, 4:25-cv-01534 (N.D. Cal.) (counsel in consolidated false advertising class action)

- *Chowning vs. Tyler Technologies, Inc.*, 3:25-cv-04009 (N.D. Cal.) (counsel in junk fees class action)
- *Beyer v. Kenvue Brands LLC*, 2:25-cv-12180 (D.N.J.) (counsel in false advertising class action)
- *Wood v. Niswi, LLC*, 4:25-cv-00046 (W.D. Ky.) (counsel in usury class action)
- *Head v. Underdog Sports, LLC d/b/a Underdog Fantasy*, 4:25-cv-05542 (N.D. Cal.) (counsel in illegal online gambling class action)
- *Foldi v. Instagram, LLC*, 3:25-cv-06859 (N.D. Cal.) (counsel in data privacy consumer protection case)
- *Rachmani v. Epic Games, Inc.,* 609468/2025; (NY State Sup. Ct. Nassau County)
- *Wood v. Wakpamni Lake Community*, 4:25-cv-00117 (W.D.Ky.)
- *Yee v. KalshiEx LLC et al,* 1:25-cv-08585 (S.D.N.Y.)
- *Brewer v. Otter.ai Inc.,* 5:25-cv-06911 (N.D.Cal.)
- *Lee v. SidePrize LLC,* 3:25-cv-08532 (N.D.Cal.)
- *Travelers United, Inc. v. Aramark Management Services Limited Partnership d/b/a Aramark Sports & Entertainment and d/b/a Aramark et al.*, 2025-CAB-007444 (D.C. Superior Ct.)
- *Montgomery v. HRB Tax Group, Inc. et al*, 3:26-cv-00759 (S.D. Cal.)
- *Wise v. Reservation Affiliates, LLC d/b/a Nu Car Rentals and Action Car Rentals, LLC.*, 2026-CA-001754-O (Ninth Circuit Ct. of Orange Co., Fl.)
- *Wood v. Plain Green, LLC et al,* 4:26-cv-50 (W.D.K.Y.)
- *Wood v. Bluechip Financial et al*, 4:26-cv-00003 (W.D.K.Y.)
- *Wood v. Crane Lending, LLC*, 4:25-cv-00122 (W.D.K.Y.)
- *Travelers United, Inc., v. Aramark Management Services Limited Partnership d/b/a Aramark Sports & Entertainment and d/b/a Aramark, and Does 1-10,* 2025-CAB-007444 (Sup. Ct. of Columbia)
- *Keohohou et al v. North American Derivatives Exchange, Inc. et al*, 1:26-cv-20996 (S.D.F.L.)
- *Yoon v. Blockratize, Inc. d/b/a Polymarket et al*, 1:26-cv-01160 (S.D.N.Y.)
- *Wood v. Robinson Economic Services, LLC et al*, 4:25-cv-00166 (W.D.K.Y.)
- *Johnston et al v. Costco Wholesale Corporation et al*, 3:26-cv-00403 (S.D. Cal.)
- *Boucher v. Bjorn Capital Group LLC d/b/a The Pod Company*, 5:26-cv-00860 (C.D. Cal.)
- *Cooper et al v. Hume Health*, 8:26-cv-00345 (C.D. Cal.)
- *Wise v. Reservation Affiliates d/b/a Nu Car Rentals et al,* 2026-CA-001754-O (Ninth Circuit Court of Orange Co., FL)
- *Montgomery v. HRB Tax Group, Inc. et al,* 3:26-cv-00759 (S.D. Cal.)

8

- *Wood v. Green Arrow Solutions,* 4:26-cv-00147 (W.D. K.Y.)
- *Bostick v. Intuit, Inc. et al,* 3:26-cv-01444 (S.D. Cal.)
- *Rustle Laich v. Cove Surf Company, Inc.,* 8:26-cv-00789 (C.D. Cal.)
- *McKaughan v. StockstoTrade.com, Inc.,* 2:26-cv-01473 (E.D. Cal.)

### BIOMETRIC AND GENETIC CASES IN WHICH OUR FIRM SERVED AS LEAD OR CO-COUNSEL

- *Aragon v. Weil Foot & Ankle Institute, LLC*, 2021-CH-01437 (Ill. Cir. Ct. Cook Cnty.) (co-lead counsel in BIPA class action, settled on a class-wide basis)
- *Bore v. Ohare Towing Systems Inc.*, 2020-CH-02865 (Ill. Cir. Ct. Cook Cnty.) (co-lead counsel in BIPA class action, final approval granted)
- *Daichendt v. CVS Pharmacy, Inc.*, 1:22-cv-03318 (N.D. Ill.) (co-counsel in BIPA class action)
- *Vargas v. Cermak Fresh Market Inc.*, 2020-CH-06763 (Ill. Cir. Ct. Cook Cnty.) (co-counsel in BIPA class action)
- *Karling v. Samsara Inc.*, 1:22-cv-00295 (N.D. Ill.) (co-counsel in BIPA class action)
- *Stegmeyer v. ABM Industries Inc.*, 1:24-cv-00394 (N.D. Ill.) (co-lead counsel in biometric class action)
- *Jenkins v. Regal Cinemas, Inc.*, 1:20-cv-03782 (N.D. Ill.)

## OUR TEAM

**David S. Almeida** is the Founder and Managing Partner of the Almeida Law Group LLC, headquartered in Chicago, Illinois. David co-chairs the firm's Data Privacy and Security group, devoted to providing legal advice and services related to cybersecurity threats, data breaches, and other privacy violations.

Bringing a distinctive and highly seasoned perspective, he specializes in representing consumers in class action lawsuits. Notably, a significant portion of his career has been devoted to serving as a class action defense lawyer, representing hospital systems, medical providers, retail and hospitality companies, and various consumer-facing entities in class action lawsuits related to privacy. Before establishing ALG, David was a Partner at Benesch, Friedlander, Coplan and Aronoff LLP; while there, David founded and chaired the Class Action Practice Group and led the Firm's Telephone Consumer Protection Act Team and its Retail, Hospitality and Consumer Products Practice Group.

A 1999 graduate of Cornell Law School, David has practiced law at prestigious firms in New York City and Chicago. David is admitted to the bars of New York, Illinois, Arizona and Wisconsin, as well as several federal courts, including the United States District Court for the Northern District of Illinois.

David's extensive experience spans over 500 class action lawsuits across the country. These cases encompass issues such as data breaches and privacy violations, state consumer fraud and deceptive business practices, false advertising and false labeling, as well as numerous statutory violations including the Telephone Consumer Protection Act, the Fair Credit Reporting Act, the Illinois Biometric Information and Privacy Act ("BIPA"), the Video Privacy Protection Act ("VPPA"), the Electronics Communication Privacy Act, 18 U.S.C. § 2511(1) ("ECPA"), the California Confidentiality of Medical Information Act, Cal. Civ. Code § 56 ("CMIA"), the California Invasion of Privacy Act, Cal. Penal Code § 630 ("CIPA"), the California Consumers Legal Remedies Act, Cal. Civ. Code § 1750 ("CLRA"), the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 ("UCL").

As a recognized authority in the field, David is well-versed in data privacy and security issues, direct and mobile marketing, emerging payment systems, as well as social and digital media matters. He is an author and speaker on these topics and is sought after by local and national publications for his insights. David has received multiple listings as an Illinois Super Lawyer and has been acknowledged as a "Rising Star" by the National Law

10

Journal. He earned his Bachelor of Arts from Salisbury University, graduating *summa cum laude*, and obtained his Juris Doctor from Cornell Law School, where he served as an Editor of the Cornell Law Review.

---

**Elena A. Belov** is a Partner and Co-Chair of the Data Security and Privacy group at the Almeida Law Group. An adept litigator, Elena began her career at Milbank LLP, a renowned international law firm. While there, she developed her skills in navigating complex commercial litigations and actively engaged in *pro bono* work focused on civil rights.

Motivated by a belief in justice for all, Elena devoted more than a decade of her practice to environmental work and public service before redirecting her passion toward advocating for wronged plaintiffs. She had the privilege of clerking for Judge Cynthia M. Rufe in the U.S. District Court for the Eastern District of Pennsylvania, gaining firsthand insights into the intricacies of the federal judicial system. Elena also contributed to the field by teaching and practicing environmental law on behalf of pro bono clients at the University of Washington School of Law. And while working for the World Wildlife Fund, she supported Native Alaskan Tribes as well as State and Federal officials, including the U.S. Coast Guard, in their endeavors to safeguard Arctic ecosystems. Elena has collaborated with a diverse clientele, ranging from major banks and insurance companies to non-governmental organizations and individuals from various walks of life.

Elena investigates consumer rights violations and takes pride in combating companies that exploit individuals, whether through deceptive advertising, selling defective products, or neglecting user privacy. Elena graduated with honors from Barnard College in New York, earning a B.A. in Political Science, and received her Juris Doctor from the Georgetown University Law Center. During law school, she served as a member of the American Criminal Law Review, authoring several published articles, and worked in the Environmental Law Clinic, successfully representing the Mattaponi Tribe of Virginia in their fight to protect their water rights.

Elena is admitted to the New York State Bar, as well as the United States District Courts for the Southern and Eastern Districts of New York.

---

**Wesley M. Griffith** is a Partner and the California Managing Partner at Almeida Law Group.

Wes is an accomplished litigator. Like many attorneys at the firm, Wes developed extensive experience as a defense attorney, spending a decade at two of the nation's top defense firms, where he represented some of the world's largest companies in class actions and complex litigation. Wes now leverages his big law experience to advocate vigorously for everyday Americans in trial and appellate courts across the country.

Wes's practice focuses primarily on consumer class actions, including junk fees, false and deceptive advertising, forever chemical contamination, and complex commercial disputes. He has represented clients in significant actions across the country, including before the United States Supreme Court and in multidistrict litigation.

Several of Wes's current notable class cases where he serves in a lead role include:

- *In re Kalshi Sports Prediction Market Litigation.*, Case No. 1:25-cv-08585 (S.D. New York 2025)
- *Keohohou v. North American Derivatives Exchange, Inc.*, Case No. 1:26-cv-20996 (S.D. Florida 2026)
- *Giana v. Shein Distribution Corp.*, Case No. 25-cv-08637 (C.D. Cal 2025)
- *Criswell v. FanDuel, Inc.*, Case No. 25-cv-10473 (N.D. Cal. 2025)
- *Head v. Underdog Sports, LLC*, Case No. 25-cv-05542 (N.D. Cal. 2025)
- *Franks v. SidePrize LLC*, Case No. 1:26-cv-00585 (N.D. Georgia. 2026)
- *Zhen v. DraftKings, Inc.*, Case No. 25-cv-04618 (N.D. Cal. 2025)
- *Chowning v. Tyler Technologies, Inc.*, Case No. 25-cv-04009 (N.D. Cal. 2025)
- *Wu v. Greystar Real Estate Partners, LLC*, Case No. 25-cv-01090 (S.D. Cal. 2025)

Wes's prior class action experience includes serving in key roles on both the defense (noted with an "*") and plaintiff sides, including in:

- *Coinbase, Inc. v. Bielski*, Case No. 22-105 (U.S. 2023)
- *Bielski v. Coinbase, Inc.*, Case No. 22-15566 (9th Cir. 2023)
- *Travelers United, Inc. v. Sonesta International Hotels Corp.*, Case No. 1:23-cv-02841 (D.C. Sup. 2024)
- *Ramirez v. Bank of Am., N.A.*, Case No. 24-cv-00859 (N.D. Cal. 2024)
- *JPay LLC v. Houston*, Case No. 23-cv-1875-S (N.D. Tex. 2023)
- *Oliver v. Navy Fed. Credit Union*, Case No. 23-CV-1731 (E.D. Va. 2023)
- *Pizana v. SanMedica Int'l, LLC*, Case No. 18-cv-00644 (E.D. Cal. 2023)
- *Beaver v. Tarsadia Hotels*, Case No. Case No. 11-cv-01842 (S.D. Cal. 2017)*

- *Weller v. HSBC Fin. Corp.*, Case No. 13-cv-00185 (D. Colo. 2015)*
- *West v. HSBC Mortgage Corp.*, Case No. 12-CP-00687 (S.C. Ct. Com. Pls. 2015)
- *In re HSBC Bank, USA, N.A., Debit Card Overdraft Fee Litig.*, Case No. 650562/2011 (N.Y. Sup. Ct. 2015)
- *Vasquez v. California School of Culinary Arts, Inc.*, Case No. B250600 (Cal. App. 2d Dist. 2014)
- *Diaz v. HSBC USA,* N.A., Case No. 16-cv-60119 (S.D. FL. 2014)
- *In re HSBS Mortg. Corp. Force-Placed Hazard Ins. Litig.*, MDL No. 2464 (J.P.M.L. 2013)
- *Davis v. Chase Bank USA, N.A.*, Case No. 06-cv-4804 (C.D. Cal. 2013)

---

**Britany A. Wessan** is a Partner and Co-Chair of the Data Security and Privacy group at the Almeida Law Group.

A skilled trial lawyer and litigator, Britany began her career as a litigation associate at Kirkland & Ellis LLP in its Chicago office, where she gained experience as a defense attorney. While at Kirkland, Britany actively participated in two federal bellwether jury trials, contributing to the largest multidistrict litigation in U.S. history.

Britany had the privilege of clerking for Judge Sunil R. Harjani in the U.S. District Court for the Northern District of Illinois and externing for Judge Andrew G. Schopler in the U.S. District Court for the Southern District of California. Through these roles, Britany acquired comprehensive insights into the intricacies of federal litigation, spanning from the filing of a complaint through trial and post-trial motions.

Specializing in consumer class action lawsuits, Britany's practice focuses on privacy and false labeling cases, along with complex commercial disputes. She has represented clients in federal court, multidistrict litigation, and class action lawsuits involving defective products, consumer fraud, toxic tort, environmental cases, information privacy, insurance, and contract disputes.

Britany has been appointed class counsel in the following cases: *Tambroni v. WellNow Urgent Care, P.C.*, No. 2025LA000013 (Ill. Cir. Ct. Sangamon Cnty.) (representing class of approximately 597,000 individuals in healthcare data breach); *Cooper v. Mount Sinai Health Sys., Inc.*, No. 1:23-cv-09485 (S.D.N.Y.) (representing class of approximately 1,314,147 individuals in $5,256,588.00 settlement of hospital tracking case); *Mayer v. Midwest Physician Admin. Servs., LLC*, No. 1:23-cv-03132 (N.D. Ill.) (representing class of approximately 272,373 individuals in $1,880,000.00 settlement of hospital tracking

13

case); *John v. Delta Defense LLC*, No. 2:23-cv-01253 (E.D. Wis.) (representing class of approximately 295,727 individuals in $1,450,000.00 settlement in video privacy case).

Committed to public service and advocating for all individuals, Britany has maintained an active pro bono practice focusing on civil rights, supporting civil liberty organizations in research and litigation efforts. During law school, she volunteered at the Legal Aid Society of San Diego's Domestic Violence Clinic, and prior to entering law school, Britany taught middle school social studies in Phoenix, Arizona.

Britany is admitted to the Illinois State Bar as well as the U.S. District Court for the Northern District of Illinois. She graduated *magna cum laude* from Loyola University Chicago with a Bachelor of Arts in History and Secondary Education. Britany earned her Juris Doctor from the University of Chicago Law School, where she worked in the Environmental Law Clinic, representing conservation groups in Clean Water Act litigation.

---

**Matthew J. Langley** is a Partner at Almeida Law Group, where he leverages his extensive skills and experience cultivated as a federal prosecutor and defense attorney to champion the rights of individuals affected by unjust or deceptive practices. Matthew's practice focuses on class action lawsuits involving data privacy and security issues, deceptive and unfair business practices, false advertising and labeling as well as various statutory claims including the Telephone Consumer Protection Act (TCPA) and Illinois' Biometric Information Privacy Act (BIPA), and the California Invasion of Privacy Act (CIPA). Prior to joining the Almeida Law Group, Matthew was as a partner at Benesch, Friedlander, Coplan and Aronoff LLP, collaborating with David in the firm's Class Action practice group and, among other matters, representing plaintiffs in a two-billion-dollar defamation suit involving election fraud claims.

Matthew began his legal career at Kirkland and Ellis where, as an associate, he defended corporate clients in high-stakes litigation, including representing AOL in a class action data breach involving the personal data of over 680,000 customers. He continued to represent corporate clients, as both plaintiffs and defendants, at K&L Gates in Miami, Florida before joining the United States Attorney's Office for the Southern District of Florida.

As an Assistant United States Attorney, Matthew worked in both the Major Crimes and the Economic Crimes Divisions, prosecuting crimes involving health care fraud, tax fraud, money laundering, identity theft, bank fraud, child pornography, and drug trafficking. He first-chaired ten jury trials, securing guilty verdicts in all ten cases and successfully argued

14

appeals in front of the Eleventh Circuit Court of Appeals. After leaving government service, Matthew worked as a securities class action attorney at Robbins Geller, where he played a crucial role in bringing securities fraud cases, helping to secure the recovery of millions of dollars for shareholders.

Matthew is admitted to the bar in New York, Florida, California and Illinois. He earned his Bachelor of Arts in English and Sociology from the University of Connecticut and his Juris Doctor from Columbia Law School, where he was a Harlan Fiske Scholar.

---

**Karen Dahlberg O'Connell** is a Partner with the Almeida Law Group. Karen is an experienced litigator who is skilled at investigating and prosecuting consumer fraud actions.

Prior to joining Almeida Law Group, Karen participated in a wide range of consumer protection cases on behalf of the Federal Trade Commission for more than 15 years. Representative matters include undisclosed recurring subscription fees, alternative education scams, unlawful debt collection, unauthorized billing, business coaching and job scams, deceptive marketing of a medical discount plan, and false advertising via affiliate marketers. Before working at the Federal Trade Commission, Karen served as an Assistant Attorney General in the Litigation Bureau of the New York State Office of the Attorney General under Elliot Spitzer and Andrew Cuomo, where she defended New York State, state agencies, and state officers in all stages of litigation, including trial. Her cases as an Assistant Attorney General ranged from defending employment actions to alleged constitutional violations, including First and Fourth Amendment claims. Before entering public service, Karen was a litigation associate at Robins, Kaplan, Miller & Ciresi LLP in Boston. She started her legal career in the litigation department of Milbank LLP in New York.

In addition to fighting for consumers in court, Karen enjoys engaging in outreach to educate consumers about their rights, teach professionals how to spot and prevent consumer fraud, and influence industry leaders' use of developing technologies with consumer protection and data security principles in mind. Karen has delivered presentations and participated in panel discussions regarding a variety of consumer protection issues, including automatic renewals, imposter scams, native advertising, influencer campaigns, data security, privacy, the unauthorized practice of immigration law, and identity theft.

Karen takes an active role as a mentor to young attorneys and law students. While working at the Federal Trade Commission in 2018 and 2019, she was also a Lecturer in Law at Columbia Law School where she co-taught a seminar class titled *Counseling the Digital Innovator*. Prior to that, she was a guest lecturer at Columbia Law School and Columbia Business School, focusing on digital marketing and advertising law. Karen also regularly judges moot court competitions at law schools across New York City.

At the Almeida Law Group, Karen is actively litigating an auditor liability case on behalf of companies and investors harmed by the auditor's fraudulent representations regarding the financial health of a publicly traded company. Karen is also currently litigating several data privacy cases against educational technology companies who are mining children's data without parental consent and a consumer fraud case against one of the largest gaming companies for misrepresenting the value and redeemability of gift cards for virtual currency. She is committed to protecting the most vulnerable consumers from predatory corporate practices.

Karen is admitted to the bar in the states of New York and Massachusetts as well as admitted to practice in the Southern and Eastern districts of New York, and the District of Massachusetts.

---

**John R. Parker Jr.**, or "J.R.," is a Partner with the Almeida Law Group. J.R. is a tenacious and successful litigator, handling intricate civil litigation from the investigative phase through settlement or trial in both state and federal courts, including appellate proceedings.

J.R.'s practice encompasses class action lawsuits, False Claims Act cases, Medi-Cal and Medicare fraud, consumer fraud, defective products and drugs, insurance bad faith, personal injury, medical malpractice, employment claims, civil rights, toxic tort, and environmental cases. He has taken on consumer class actions against prominent tech industry entities such as Facebook, Apple, and Zynga. J.R. has been appointed lead counsel in numerous class action cases by state and federal courts in California and nationwide.

Recognizing the human impact of personal or economic injuries resulting from the carelessness, negligence, or intentional acts of others, J.R. is deeply committed to representing individuals who lack the resources of the multinational corporations and insurance companies he holds accountable in his cases.

J.R. has volunteered for the Eastern District of California Dispute Resolution Program and served as appointed counsel for the Eastern District of California's pro bono program. He earned his A.B. in Greek and Latin from the University of Georgia, graduating *summa cum laude*, and obtained his J.D. from Harvard Law School, where he served as Deputy Editor-in-Chief of the Harvard Journal of Law and Public Policy.

After law school, J.R. clerked for Judge Joseph A. Anderson, at the time Chief Judge for the United States District Court for the District of South Carolina. He then worked at a plaintiff's firm in Atlanta, Georgia, and then a litigation boutique in Birmingham, Alabama, Spotswood, Sansom, and Sansbury LLC, where he defended the FedEx Corporation in class action suits around the country. After relocating to Sacramento, California, J.R. worked at Kershaw, Cutter & Ratinoff LLP and then Cutter Law LLC, where he litigated and tried complex cases on behalf of ordinary people against large corporations and insurance companies. Some of his work before joining the Almeida Law Group LLC includes the following matters:

- *Doan v. State Farm*, 1-08-cv-129264 (Cal. Super. Ct., Santa Clara Cnty.) (co-lead counsel in certified class action against State Farm successfully tried and resulting in a global settlement of all State Farm fire policyholders in California)
- *U.S. ex rel. Bell v. Biotronik, Inc.*, 18-cv-01391 (C.D. Cal.) (Lead Relator's counsel in a False Claims Act case against medical device company resulting in
- $12.95 million recovery by the United States)
- *Bohannon v. Facebook, Inc.*, 4:12-cv-01894-BLF (N.D. Cal.). (Appointed Class Counsel representing a certified nationwide class of minor Facebook users and their parents)
- *Phillips v. County of Riverside*, 5:19-cv-01231-JGB-SHK (C.D. Cal.) (Co-lead Class Counsel in a collective action and then 86 individual actions brought under FLSA on behalf of social workers employed by Riverside County, resulting in $4.55 million global settlement after decertification)
- *Pike v. County of San Bernardino*, 5:17-cv-01680 (C.D. Cal.) (Co-lead Class Counsel in certified collective action brought under FLSA on behalf of social workers employed by San Bernardino County)
- *Johnson v. CSAA*, 07AS03197 (Sacramento Superior Court) (Co-Lead Counsel in class action against CSAA relating to failure to waive deductible. Resolved by settlement providing complete cash reimbursement, plus interest. Settlement valued at over $80 million)
- *Shurtleff v. Health Net*, (E.D. Cal. and Cal. Super. Ct., Sacramento Cnty.) (Co-Lead and Plaintiffs' Liaison counsel in class actions against Health Net for a breach of confidential information, resulting in a nationwide class settlement)
- *Parry v. National Seating & Mobility Inc.*, 3:10-cv-02782-JSW (N.D. Cal.) (Appointed Class Counsel on behalf of representing nationwide class of sales

17

representatives for medical equipment company in breach of contract case that settled on a class-wide basis after certification in the Northern District of California)

- *Zmucki v. Extreme Learning*, 111-cv-197630. (Cal. Super. Ct., Santa Clara Cnty.), (Appointed settlement class counsel on behalf of class of educators for wage and hour violations in the Northern District of California)

---

**Chris Nienhaus** is Of Counsel at the Almeida Law Group.

Chris is a versatile litigator and stern advocate for consumer rights. His practice focuses on complex litigation against the nation's most powerful corporations in lawsuits challenging fraudulent, deceptive, and other harmful conduct.

Prior to joining the Almeida Law Group, Chris was a litigator at Ropes & Gray LLP where he successfully represented clients in high-stakes cases in both state and federal courts throughout the country. Drawing on his experience as a former defense attorney, Chris offers an informed and strategic perspective to his clients at all stages of litigation from pre-filing advisement through post-trial motions.

Before entering private practice, Chris served as a law clerk to the Honorable Susan G. Braden at the United States Court of Federal Claims and a judicial intern to the Honorable William M. Conley at the United States District Court for the Western District of Wisconsin.

Chris is admitted to the state bars in Illinois, Wisconsin, Massachusetts, and Washington, D.C. as well as the United States District Court for the Western District of Wisconsin and the United States Court of Federal Claims.

---

**David A. McGee** is Of Counsel at the Almeida Law Group.

A zealous consumer advocate, David found his passion for defending consumers when he was a law clerk at the Consumer Financial Protection Bureau in the Enforcement Division. Since, David spent the early part of his career working for national law firms representing financial services companies in government enforcement actions and associated litigation. After, David joined a national consumer class action law firm where he was involved in cases concerning higher education, where he obtained class certification for students suing their university for false representations concerning its ranking, financial products and services, and false advertising and labelling of products.

Specializing in consumer class action lawsuits, David's practice at Almeida Law Group

18

focuses on cases involving financial institutions, "junk fee" cases, and false advertising cases. David has represented clients in federal court, multidistrict litigation, and in cases involving illegal gambling products.

David is admitted to the bars of Maryland and the District of Columbia. David graduated *cum laude* from the University of Rochester where he obtained degrees in Political Science and English and was awarded high distinction in pursuing his degrees. David earned his Juris Doctor at the American University Washington College of Law, where he served as Editor-in-Chief of his law review, the Journal of Gender, Social Policy, and the Law.

**Victor J. Sandoval** is Of Counsel at the Almeida Law Group.

Victor is a seasoned class action litigator with deep expertise in data privacy and security matters. Victor focuses on complex class actions arising under federal and state consumer protection and privacy laws such as the California Invasion of Privacy Act, the Electronic Communications Privacy Act, the Video Privacy Protection Act, and the Children Online Privacy Protection Act. He is accredited as a Certified Information Privacy Professional (CIPP/US) and has extensive experience advising clients on compliance with state and federal privacy laws.

As his name suggests, Victor loves to win cases. Nonetheless, Victor's experience as both plaintiff and defense counsel in high-stakes litigation affords him the ability to not only serve as a formidable advocate in litigation but also as an effective negotiator when alternative resolution paths are preferred.

Before joining Almeida Law Group, Victor was a class and mass action litigation associate at AmLaw firms in New York and Los Angeles; some of his more memorable engagements include:
- Representing the Customs and Tax Administration for the Kingdom of Denmark in the $2.1 billion cum-ex tax fraud multidistrict litigation;
- Representing a consortium of southern California cities and water providers in state and multidistrict litigations against manufacturers of per- and polyfluoroalkyl substances;
- Bringing sex abuse cases against the Archdiocese of Los Angeles, which recently resulted in a settlement of $880M; and
- Litigating countless privacy cases for corporate clients.

Victor graduated from Columbia Law School with honors. While in law school, he externed for the United States Department of Justice Antitrust Division's Transportation, Energy, and Agriculture Section and Office of the Chief Legal Advisor. He was also a judicial intern for Chief Judge Beryl A. Howell of the U.S. District Court for the District of Columbia, Judge Carol B. Amon of the U.S. District Court for the Eastern District of New York and Judge Kenneth M. Karas of the U.S. District Court for the Southern District of New York. In privacy and advertising-related litigation, Victor draws on his pre-

19

law school experience in digital marketing analytics for large corporate clients.

**Luke Coughlin** is an Associate Attorney at the Almeida Law Group.

Luke is an accomplished litigator. Before joining the Firm, Luke was a litigation associate at Edelman, Combs, Latturner & Goodwin, LLC, where he worked on a wide range of consumer cases with focus on usury claims. His passion for protecting consumer rights is driven by his interest in using technical investigations to support and advocate for his clients. He is committed to advancing consumer protection through innovative, cross-disciplinary legal strategies.

While attending law school, Luke worked as a claims investigator at Rain Intelligence, combining technical investigation with comprehensive legal analysis across a broad spectrum of case types. His work emphasized a meticulous approach to fact-finding, leveraging technology to investigate illicit collection and use of sensitive personal data and other incursions against consumer rights.

Prior to law school, Luke gained extensive experience in the tech sector, including work at Wayfair, where his focus on technical processes and analysis laid the foundation for his legal career. He brings a unique blend of technical expertise and legal acumen to the Firm.

Luke is admitted to the Illinois State Bar as well as the Federal District Courts of the Northern District of Illinois, Southern District of Illinois, Northern District of Indiana and Southern District of Indiana.

**Stephanie T. Reed** is an Associate Attorney at the Almeida Law Group.

Stephanie is an experienced attorney whose practice focuses on data privacy and security and consumer protection class action lawsuits. She brings substantial courtroom and discovery experience to her advocacy for clients, having managed complex litigation matters in state and federal courts throughout her career.

Prior to joining the Firm, Stephanie was a litigation associate at Prince Lobel Tye LLP in Boston, where she handled a variety of commercial litigation matters, including appellate briefing in a case reviewed by the Massachusetts Supreme Judicial Court. Earlier in her

20

career, Stephanie developed a foundation in intellectual property law through her work as a law clerk at Bay State IP and a legal externship with the U.S. Patent and Trademark Office. She also externed for the Honorable Benjamin C. Barnes in the Edgartown District Court.

Stephanie is admitted to the Illinois, Massachusetts, New Hampshire, and Vermont state bars, as well as the Federal District Courts for the District of Massachusetts and the District of New Hampshire. Stephanie graduated from the University of Georgia where she obtained a degree in Political Science with a minor in Criminal Justice and a certificate in Legal Studies. Stephanie earned her Juris Doctor at Suffolk University Law School, with a concentration in Intellectual Property, where she served as Editor-in-Chief of the Journal of Health and Biomedical Law.



20900 NE 30TH AVE #417 AVENTURA, FL 33180

786 289 9471  |  EDELSBERGLAW.COM

## ABOUT US

Your Trusted Class Action Law Firm. We are a dedicated class action firm committed to providing wide-ranging legal representation focused on delivering for our clients. Edelsberg Law is one of the top class action and commercial litigation law firms in the country.

## THE EDELSBERG LAW PROMISE

Never shying away from litigating large consumer national class actions, Edelsberg Law is trusted by clients across the country to represent their interests and resolve their legal matters.

## OUR MISSION

The attorneys and legal professionals at Edelsberg Law take pride in offering the highest caliber legal representation
We strive to help those that need help vindicating their rights and do not shy away from the difficult cases. If we take your case, we promise to work hard, efficient, and in your best interest.

## SETTLEMENTS

Defranks V. Nastygal Class Settlement For $5 Million Case No. 19-Cv-23028 (S.D. Fla 2020), Picton V. Greenway Dodge Class Settlement For $2,745,000 Case No. 19-Cv-196-Orl (M.D. Fla 2020), Ostendorf V. Grange Indem. Ins. Co. Class Settlement For $12 Million Case No. 2:19-Cv-1147, 2020 Wl 134169 (S.D. Ohio 2020), Banks V. Fuccilloo Affiliates Of Florida Class Settlement For $1,854,260 Case No. 19-Cv-00227 (M.D. Fla 2020), Goldschmidt V. Rack Room CLASS SETTLEMENT FOR $25.9 MILLION Case No. 18-CV-21220 (S.D. FLA 2020), PENA V. LEX LAW CLASS SETTLEMENT FOR $11.5 MILLION Case No. 18-CV-24407 (S.D. FLA 2020, Cortazar V. Ca Ventures Class Settlement For $600,000 Case No. 19-Cv-22075 (S.d. Fla 2020), Albrecht V. Oasis Power Class Settlement For $11 Million Case No. 18-Cv-1061 (S.D. Fla 2020), Robley V. Ids Property Casualty Ins. Co. Class Settlement For $275,000 Case No. 2019-022263-Ca-01 (Fla. 11th Cir. Ct.), Bracero V. Mendota Ins. Co. Class Settlement For $1.1 Million Case No. 2019-015886-Ca-01 (Fla. 11th Cir. Ct.),  Avila-Preciado V. Horace Mann Property & Casualty Insurance Co. Class Settlementfor $290,000 Case No. 19-Ca-004683 (Fla. 20th Cir. Ct.), Colon V. Direct General Ins. Co. Class Settlement For $780,000 Case No. 2019-Ca-1636 Oc, (Fla. 9th Cir. Ct.), Junior Et Al. V. Infinity Auto Insurance Company Over $20 Million Settlement For Unpaid Sales Tax And Certain Fees, Final Approval Pending Case No. 6:18-Cv-01598-Wwbejk (M.D. Fla), Smart Et Al. V. Auto Club Insurance Et Al. Class Settlement For Over $850,000 Case No. 19-Ca-005580 (Fla. 13th Cir. Ct.), Suarez V. Mapfre Insurance Co. Of Florida Class Settlement For $800,000 Case No. 2019-020729-Ca-01 (Fla. 11th Cir. Ct.), George V. Peachtree Casualty Insurance Co. Class Settlement For $580,000 Case No. Ca-19-674 (Fla. 7th Cir. Ct.), Dunleavy V. Surinse Detox Class Settlement For $500,000 Case No. 18-Cv-25090 (S.D. Fla 2019), Eisenband V. Schumacher Automative Class Settlement For $5 Million Case No. 9:18-Cv-80911 (S.D. Fla 2019), Poirier V. Cubamax Class Settlement For $800,000 Case No. 1:18-Cv-23240 (S.D. Fla 2019), Mclean V. Osborn Class Settlement For $800,000 Case No. 18-Cv-81222 (S.D. Fla 2019), Bloom V. Jenny Craig Class Settlement For $3 Million Case No. 1:18-Cv-21820 (S.D. Fla 2019), Papa V. Greico Ford Class Settlement For $4.9 Million Case No. 18-21897 (S.D. Fla 2019), Wijesinha V. Susan B. Anthony Class Settlement For $1,017,430 Case No. 18-Cv-22880 (S.D. Fla 2019), Halperin V. Youfit Heath Clubs Class Settlement For $1,418,635 Case No. 18-Cv-61722 (S.D. Fla 2019), Dipuglia V. U.S. Coachways, Inc. Class Settlement For $2.6 Million Case No. 17-23006-Civ (S.D. Fla 2018), Gottlieb V. Citgo Class Settlement For $8.3 Million Case No. 9:16-81911 (S.D. Fla 2017), Masson V. Tallahasse Dodge Jeep Chrysler, Llc. Class Settlement For $850,000 Case No. 1-17-Cv-22967 (S.D. 2017), Stathakos V. Columbia Sportswear Company Obtained Classwide Injuctive Relief Case No. 4:15-Cv-04543 (N.D. California 2017).



# SCOTT EDELSBERG
## PARTNER

**E:** scott@edelsberglaw.com
**O:** 310-438-5355
**C:** 305-975-3320

Scott Edelsberg's broad-based litigation experience representing both plaintiffs and defendants provides him with an invaluable perspective when prosecuting claims on behalf of consumers who have been harmed by corporate wrongdoing.

Scott Edelsberg is the founding partner of Edelsberg Law, PA and focuses his practice in the areas of class actions, consumer fraud and personal injury.

In connection with his representation in class action matters, Edelsberg has litigated cases in multiple state and federal jurisdictions throughout the country, including two multi-district litigation proceedings. In those cases, Edelsberg has won contested class certification motions, defended dispositive motions, engaged in data-intensive discovery and worked extensively with economics and information technology experts to build damages models. His efforts have lead to numerous class settlements, resulting in millions of dollars in relief for millions of class members.

Edelsberg is a native of South Florida and earned a Bachelor of Arts degree in Political Science from the University of Michigan. While at Michigan, he was awarded the Michigan Merit Scholar award and served as an intern for the Washtenaw County Public Defender's office. Edelsberg went on to receive a Juris Doctor degree, Cum Laude, from the University of Miami School of Law. While attending law school, he was on the Dean's List, a member of the International and Comparative Law Review, a Merit Scholarship recipient and served as an Equal Justice for America Fellow.

### EDUCATION

University of Miami School of Law, J.D. - 2012

University of Michigan, B.A. - 2009

### BAR ADMISSIONS

Florida

California

### COURT ADMISSIONS

Southern District of Florida

Middle District of Florida

### PRIMARY PRACTICE

Class Action



# GABRIEL MANDLER
PARTNER

**E:** gabriel@edelsberglaw.com
**C:** 786-200-4316

Gabriel Mandler is a Partner at Edelsberg Law. His practice focuses on multi-state consumer class action litigation, representing clients in both state and federal courts at the trial and appellate levels.

Gabriel has experience litigating a broad range of class action disputes, including employment discrimination, insurance disputes and mass torts. Gabriel previously worked at Stroock & Stroock & Lavan LLP, where he was part of a team in the remedial phase of a Title VII class action that recovered approximately $2 billion for African American and Latino teachers who were discriminated against by New York City's Board of Education. Gabriel also has extensive experience handling complex commercial litigation disputes through trial.

A Miami native, Gabriel graduated magna cum laude from the University of Miami School of Law, where he was a member of the Business Law Review and Charles C. Papy, Jr. Moot Court Board. During this time, Gabriel interned for the Honorable Jonathan Goodman, a United States Magistrate Judge for the Southern District of Florida. Prior to law school, Gabriel earned his Bachelor of Arts Degree in Journalism and Communications from the University of Florida.

**EDUCATION**
University of Miami Law School, J.D.
University of Florida, B.A.



# OMER KREMER

## ASSOCIATE

**E:** omer@edelsberglaw.com
**C:** 786-289-9471

Omer Kremer is an Associate at Edelsberg Law. His practice focuses on corporate and shareholder litigation, including derivative actions, securities class actions, and complex commercial disputes in both state and federal courts.

Omer has broad experience litigating fiduciary duty claims, executive compensation disputes, and securities fraud class actions. He regularly handles all stages of litigation, from pre-suit investigation through discovery, motion practice, and appeals. He also has experience managing eDiscovery, preparing for depositions, and briefing federal appellate matters.

Prior to joining Edelsberg Law, Omer was an associate at Purcell & Lefkowitz LLP, where he represented stockholders in derivative actions in the Delaware Court of Chancery. Prior to that, Omer was an associate at Wolf Popper LLP, where he worked on securities fraud and consumer protection class actions in federal courts across the country. Omer has also previously represented investors in FINRA arbitration through Pace Law's Investor Rights Clinic.

Omer earned his J.D. from the Elisabeth Haub School of Law at Pace University and an LL.M. from Northeastern University School of Law. He also holds an M.B.A. in International Business and a B.A. in Criminal Justice from Lynn University. He is admitted to practice in New York and Massachusetts and is fluent in English, Hebrew, and Romanian.

### EDUCATION
Northeastern University School of Law, LL.M.- 2022
Elisabeth Haub School of Law at Pace University, J.D. 2020
Lynn University, M.B.A. – 2017
Lynn University, B.A. - 2016

### BAR ADMISSIONS
New York
Massachusetts

### PRIMARY PRACTICE
Class Action