USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORENZO MIRO SAN DIEGO and ALEXANDER YOON,

Plaintiffs,

-against-

BLOCKRATIZE, INC. d/b/a POLYMARKET, et al,

Defendants.

26-CV-00973 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Plaintiffs Lorenzo Miro San Diego and Alexander Yoon move the Court to appoint Wesley M. Griffith of Almeida Law Group LLC ("ALG") and Gabriel Mandler of Edelsberg Law, P.A. ("EL") as Interim Co-Lead Counsel under Federal Rule of Civil Procedure 23(g). The Court denied a previous motion without prejudice on June 12, 2026. Dkt. No. 36. The Court's Order provided that, if Plaintiffs filed a renewed motion, Defendants needed to file a letter within two (2) business days indicating whether they intended to oppose, or the Court would treat the motion as unopposed. Dkt. No. 39. Defendants did not file a letter in response to the present motion. Accordingly, the Court treats Plaintiffs' motion as unopposed.

Federal Rule of Civil Procedure 23(g)(3) provides a court "may designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Fed. R. Civ. P. 23(g)(3). "The designation of interim class counsel is especially encouraged in cases where there are multiple, overlapping class actions that require pretrial coordination." *Deangelis v. Corzine*, 286 F.R.D. 220, 226 (S.D.N.Y. 2012). A court evaluates candidates for interim class counsel "under the same rubric as potential counsel for certified classes." *Id.* at 223. That rubric entails the Court considering:

> (i) the work counsel has done in identifying or investigating potential claims in the action;
>
> (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action;
>
> (iii) counsel's knowledge of the applicable law; and
>
> (iv) the resources that counsel will commit to representing the class.

Fed. R. Civ. P. 23(g)(1)(A).

The weight of these factors supports the appointment of Mr. Griffith and Mr. Mandler as Interim Co-Lead Class Counsel. As attested in their memorandum, both attorneys have independently investigated the claims in this action. Dkt. No. 39 at 5. Both attorneys have ample experience handling class actions and complex litigation. *See* Dkt. Nos. 39-1 and -2.

Both attorneys are involved in several putative class actions that, like this matter, involve alleged online gambling markets. Dkt. No. 39 at 7–8, 10. Both attorneys have ample subject-matter knowledge necessary to serve as Interim Co-Lead Class Counsel. And, finally, both attorneys bring with them the substantial financial and experiential resources of their respective firms. *Id.* at 11.

For the foregoing reasons, the motion for appointment of Interim Co-Lead Class Counsel (Dkt. No. 39) is GRANTED. The Court hereby appoints Wesley M. Griffith of ALG and Gabriel Mandler of EL as Interim Co-Lead Class Counsel to act on behalf of Plaintiffs and the class members in the consolidated action. Counsel are cautioned to coordinate their efforts with care so as to avoid any duplication of work and ensure that the matter as a whole is handled in the best interests of potential class members. The Clerk of Court is respectfully directed to terminate Dkt. No. 39.

Dated: July 8, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge