quinn emanuel trial lawyers | new york
295 Fifth Avenue, New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7413**

WRITER'S EMAIL ADDRESS
**renitasharma@quinnemanuel.com**

November 16, 2026

**VIA CM/ECF**

Hon. Margaret M. Garnett
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 100007

Chambers of the Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

Re: ***Diego et al. v. Blockratize, Inc. et al.*, No. 1:26-cv-00973-MMG;**
***Lee et al. v. Blockratize, Inc. et al.*, No. 1:26-cv-07572**

Dear Judge Garnett and the Chambers of Judge Hellerstein,

I represent Defendants Blockratize, Inc., Adventure One QSS, Inc., QCX, LLC, QC Clearing LLC, and QC Tech LLC in the above-referenced actions (respectively, the *"Diego* Action" and the "*Lee* Action" and, together, the "Actions"). I write pursuant to Rule 13(b)(3) of the Court's Rules for Division of Business Among District Judges (the "Division of Business Rules") to request the *Lee* Action be transferred to Judge Garnett, before whom the *Diego* Action—a related, earlier-filed case—is pending.

As explained in Defendants' Statement of Relatedness (*Lee* Action, Dkt. 22), the operative complaints in both Actions allege that Defendants falsely marketed Polymarket's sports event contracts as legal when they were in fact unlicensed sports wagering. Both complaints allege that Defendants' marketing activities violated N.Y. General Business Law §§ 349 and 350, on the theory that the contracts are void gambling contracts. Both complaints seek to represent a putative nationwide class of U.S. users of Polymarket platforms who traded sports events contracts on Polymarket platforms. And Plaintiffs in the *Lee* Action acknowledge the Actions are related. *See Lee* Action, Dkt. 2 at 1 (cover sheet listing *Diego* Action as related).

Defendants therefore respectfully request transfer of the *Lee* Action to Judge Garnett because the Actions concern overlapping facts and events and raise similar legal issues, thus qualifying them as related under Rule 13.

Respectfully submitted,

*/s/ Renita N. Sharma*

Renita Sharma

cc: All counsel of record via ECF